IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

PRESTON HUGHES III,     *
    Petitioner
                            *
v.

JANIE COCKREL, Director,     *    Cause # H-01-CV-4073
Texas Department of Criminal          Capital Habeas
Justice, Institutional Division,
    Respondent

United States Courts
Southern District of Texas
ENTERED
MAY 28 2002
Michael N. Milby, Clerk of Court

## ORDER

On this _28th_ day of _May_ 2002, the Petitioner's motion seeking discovery and expansion prior to hearing on summary judgment came to be heard.

It is the ORDER of this court that the Petitioner's motion is GRANTED.

OR

It is the ORDER of this court that the Petition's motion be set for argument on June 17, 2002, at 10:30, and that argument on the Respondent's motion for summary judgment be postponed until all the discovery issues are resolved.

_____
United States District Judge

_May 28, 2002_
Date