IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PRESTON HUGHES III,<br>Petitioner | * | United States Courts<br>Southern District of Texas<br>ENTERED<br>JUN 2 0 2003 |
| v. | * | Michael N. Milby, Clerk of Court |
| JANIE COCKREL, Director,<br>Texas Department of Criminal<br>Justice, Institutional Division,<br>Respondent | * | Cause # H-01CV-4073<br>Capital Habeas |

### ORDER GRANTING PETITIONER'S REQUEST FOR DISCOVERY UNDER RULE 6

The Court having reviewed the initial petition and the State's response, is of the opinion that the Petitioner has demonstrated good cause for discovery to be granted. Accordingly, the Petitioner shall be permitted depositions of those parties involved in the investigation and prosecution of this case at the state level, and of those parties whose opinions are reasonably necessary to the resolution of the issues presented, including but not limited to:

1. Experts on the subject of treaty and international law, individuals who have had reason or opportunity to observe the Petitioner's behavior while incarcerated; individuals who have or would have reason to know the procedures involved in decisions to grant or deny clemency

24

to the condemned in Texas, and those parties who have relevant evidence to give on issues pertaining to claims raised in the petition.

2. As either a replacement for or as a supplement to depositions, the Petitioner may seek requests for admissions, responses to written interrogatories under oath, documents, and other such discovery as may be needed to fully assist the Court in reviewing these claims. Parties shall have thirty days from the granting of this order to submit requested forms of such admissions and interrogatories, as well as lists of appropriate documents. The Court shall consider any protective orders or objections within fifteen days after submission if the parties are not agreed, and shall issue a scheduling order for discovery deadlines after reviewing and ruling on all such objections.

Nothing in this order shall be construed as granting any rights to discovery, which would limit or prejudice any parties Fifth Amendment rights.

So signed this day, _June 20, 2003_

_____
United States District Court Judge