

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUN 2 4 2003

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PRESTON HUGHES, III<br>PETITIONER, | § § § | |
| VS. | § § | CIVIL ACTION NO. H-01-4073 |
| JANIE COCKRELL, DIRECTOR,<br>TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE-INSTITUTIONAL DIVISION<br>RESPONDENT. | § § § § | |

## ORDER

Came on this day to be considered the petitioner's motion for DNA submission procedure (#12), the petitioner's motion for expansion of the record under Rule 7 (#15) and the respondent's opposition thereto, and the Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

The petitioner's motions are Granted.

It is so ORDERED.

Signed this 23rd day of June, 2003.

KENNETH M. HOYT
United States District Judge