IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PRESTON HUGHES III, <br> Petitioner | * | United States Courts <br> Southern District of Texas <br> ENTERED <br> DEC 0 2 2003 <br> Clerk of Court |
| v. | * | |
| DOUGLAS DRETKE, Director, <br> Texas Department of Criminal <br> Justice, Institutional Division, <br> Respondent | * | Cause # H-01CV-4073 <br> Capital Habeas |

## ORDER

The motion to withdraw of Attorney of Record, Marc C. Carter is **Granted**. Co-Counsel, Patrick McCann will continue to represent the petitioner in this case.

So signed this day, December 1, 2003

_____
United States District Court Judge